

April 17, 2017

<u>Via ECF</u>
Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Klein v. Weatherproofing Technologies Inc.*
              Case No. 15 Civ. 4443 (JFB) (ARL)

Dear Judge Lindsay:

      Our office, along with co-counsel, represents Plaintiffs, the conditionally certified collective and the putative class. Together with Defendants' counsel, I write to submit a status report pursuant to Your Honor's February 8, 2017 Order.

      The parties have met and conferred regarding settlement. We anticipate that the parties will need an additional 60 days to compile, review, and analyze additional information and data relevant to the negotiations, and continue negotiating a resolution of this matter through mediation. As such, we respectfully request that Your Honor set June 16, 2017, as the deadline for the parties to file another joint status report.

      Thank you for your consideration of this matter.

                                      Respectfully submitted,

                                      /s/ Troy L. Kessler
                                      Troy L. Kessler

cc: All Counsel (via ECF)

534 Broadhollow Road, Suite 275
Melville, New York 11747
Tel 631.499.9100  Fax 631.499.9120
www.shulmankessler.com