

June 6, 2017

**Via ECF**
Hon. Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:   *Klein v. Weatherproofing Technologies Inc.*
              Case No. 15 Civ. 4443 (JFB) (ARL)

Dear Judge Lindsay:

      Our office, along with co-counsel, represents Plaintiffs, the conditionally certified collective and the putative class. Together with Defendants' counsel, I write to submit a status report pursuant to Your Honor's April 18, 2017 Order.

      The parties have continued to meet and confer regarding settlement and scheduling a private mediation. We anticipate that the parties will need an additional 60 days to continue negotiating a resolution of this matter through mediation. As such, we respectfully request that Your Honor set August 7, 2017, as the deadline for the parties to file another joint status report.

      Thank you for your consideration of this matter.

                                           Respectfully submitted,

                                           Troy L. Kessler

cc: All Counsel (via ECF)

534 Broadhollow Road, Suite 275
Melville, New York 11747
Tel 631.499.9100  Fax 631.499.9120
www.shulmankessler.com