**CIVIL CAUSE FOR STATUS CONFERENCE**

BEFORE JUDGE BIANCO

February 27, 2018                      TIME: 2:00 p.m.
                                             TIME IN COURT: 15 min.

CASE NUMBER: CV 15-4443

TITLE: **Klein v. Weatherproofing Tech**

PLTFFS ATTY: Garrett Kaske
       X present        not present

DEFTS ATTY: Hillary Massey & Barry Miller
       X present        not present

FTR RECORDER: 2:10 - 2:25        COURTROOM DEPUTY: Jim Toritto

OTHER:

X    CASE CALLED.

X    CONF HELD

___    ARGUMENT HEARD / CONT'D TO _____.

___    DECISION MADE ON THE RECORD.

**OTHER: Court approves the settlement.**